# UNITED STATES DISTRICT COURT
for
**NORTHERN DISTRICT OF TEXAS**

## Report on Person Under Supervision - No Court Action Recommended

Person Under Supervision: Eliazar Rocha          Case No.: 2:17-CR-043-D(03)

Name of Sentencing Judge: Senior U.S. District Judge Sidney A. Fitzwater

Date of Original Sentence: November 29, 2017

Original Offense: Possession With Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), a Class C Felony

Original Sentence: One hundred eight (108) months custody as to count 1, three (3) year term of supervised release

Revocations: None.

Type of Supervision: Supervised Release          Date Supervision Commenced: July 25, 2025

Assistant U.S. Attorney: Joshua Jerome Frausto          Defense Attorney: Christy Lee Drake
(Court appointed)

## Notification To The Court For Cause As Follows:

The probation officer believes that the person under supervision has violated the following condition(s) which require(s) official notification, although no Court action is being recommended at this time.

Pursuant to USSG §7C1.3(a), upon receiving a report of non-compliance of a condition of supervised release, the court should conduct an individualized assessment to determine what response, if any, is appropriate.

**I.**

**Violation of Mandatory Condition No. 2**

You must not unlawfully possess a controlled substance.

**Violation of Mandatory Condition No. 3**

You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Nature of Noncompliance**

On September 4, 2025, Eliazar Rocha submitted a urine specimen to the U.S. Probation Office in Denver, Colorado, which tested positive for cocaine. Mr. Rocha denied this use. Confirmation received from Abbott Toxicology Services (Abbott) on October 13, 2025, confirmed this specimen positive for cocaine.

On June 17, 2026, Mr. Rocha submitted a urine specimen to Dailey Recovery Services (DRS), the substance abuse treatment and testing provider in Amarillo, Texas, which tested positive for cocaine. Mr. Rocha denied this use. Confirmation received from Abbott on July 16, 2026, confirmed this specimen positive for cocaine.

Mr. Rocha commenced his term of supervised release in the District of Colorado, Denver Division on July 25, 2025. He was enrolled in urine testing since that date while supervised in the District of Colorado. All other urine collections in Denver, Colorado were negative for illicit substances. Additionally, while in the halfway house, prior to his release, he completed substance abuse treatment, and no further treatment services were recommended. He was not referred to substance abuse treatment following submission of the first positive specimen in September 2025.

On May 28, 2026, Mr. Rocha's supervision was transferred to the Northern District of Texas, Amarillo Division, following his request to relocate due to the high cost of living in Denver. He was enrolled in substance abuse testing at DRS on June 12, 2026, but was not referred to substance abuse treatment due to demonstrating approximately nine months of sobriety. However, less than a week after commencing substance abuse treatment at DRS, he submitted a second positive urine specimen. After denying this second use, he was referred to treatment services and increased urine collections at DRS on July 6, 2026, and has complied with the program since his referral. No subsequent positive collections have been received as of the submission of this report. It is respectfully recommended no court action be taken at this time to allow Mr. Rocha the opportunity to avail himself of treatment resources presented to him. Should further violations or substance abuse occur, the Court will be notified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2026
Respectfully submitted,

Approved,

_____
Tyson Stewart
U.S. Probation Officer
Amarillo Division
Phone:  806-337-1753

_____
Joni Hail
Supervising U.S. Probation Officer
Phone:  806-472-1161

## Order of the Court:

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
The Honorable Sidney A. Fitzwater
Senior U.S. District Judge

July 21, 2026
_____
Date

TS